BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYANA MARIE SEDANO, a minor, by and through her guardian ad litem, MARIA HERNANDEZ; MARIA HERNANDEZ, individually; MIGUEL SEDANO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:14-cv-00192-LJO-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE SETTLEMENT CONFERENCE**<br><br>**(Doc. 12)** |

The parties to this action hereby stipulate and request that the Court vacate the Settlement Conference scheduled for June 11, 2015 (*see* ECF No. 12, at p. 6), on the grounds that the parties have scheduled a private mediation that will take place on August 12, 2015, in Los Angeles.

                                                                          Respectfully submitted,

Dated:  May 11, 2015                                       BENJAMIN B. WAGNER
                                                                          United States Attorney

                                                                           /s/ Benjamin E. Hall
                                                                          BENJAMIN E. HALL
                                                                          Assistant U.S. Attorney
                                                                          Attorney for Defendant

STIPULATION AND PROPOSED ORDER
TO VACATE SETTLEMENT CONFERENCE                            1

1 | Dated:  May 12, 2015      LAW OFFICES OF BRUCE G. FAGEL AND ASSOCIATES

                 /s/ Eduardo J. Ascencio
                 BRUCE G. FAGEL
                 EDUARDO J. ASCENCIO
                 Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:  **May 13, 2015**        **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER TO VACATE SETTLEMENT CONFERENCE     2