# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYANA MARIE SEDANO, by and through her guardian ad litem, MARIA HERNANDEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 1:14-cv-00192 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 51) |

On February 29, 2016, the parties notified the Court they had reached a settlement of the matter.  (Doc. 51) They will finalize their settlement documents by April 29, 2016. Id.  Thus, the Court **ORDERS**:

   1.   The stipulated request for dismissal **SHALL** be filed no later than **April 29, 2016;**

   2.   All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

   **Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

 Dated: __March 1, 2016__      _____**/s/ Jennifer L. Thurston**_____
                   UNITED STATES MAGISTRATE JUDGE