1  BENJAMIN B. WAGNER
United States Attorney
2  BENJAMIN E. HALL
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA  93721
4  Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
5
6  Attorneys for Defendant
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  TYANA MARIE SEDANO, a minor, by and through her guardian ad litem, MARIA HERNANDEZ; MARIA HERNANDEZ, individually; MIGUEL SEDANO,<br>  Plaintiffs,<br>  v.<br>UNITED STATES OF AMERICA,<br>  Defendant. | Case No. 1:14-cv-00192-LJO-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR FILING DISPOSITIONAL DOCUMENTS** |

19      Pursuant to Local Rule 160(b), the parties to this action respectfully request that the Court
20  extend the time for filing dispositional papers from April 29, 2016 (*see* Order after Notice of
21  Settlement, ECF No. 52), to May 31, 2016, in order to allow additional time for completion of the
22  parties' settlement of this case.
23      The minor plaintiff's guardian ad litem was appointed by the Superior Court of California for
24  Kern County (*see* ECF No. 13), and on April 22, 2016, the state court entered an order approving
25  without opposition the minor's compromise.  Within five court days of the date of filing of this
26  Stipulation, plaintiffs will submit the state court's order and all supporting documents filed in
27  connection therewith to this Court, for approval of the compromise pursuant to Local Rule
28  202(b)(1).

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  April 27, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated:  April 27, 2016 | LAW OFFICES OF BRUCE G. FAGEL<br>AND ASSOCIATES |
| | [Authorized April 27, 2016] |
| | /s/ Eduardo J. Ascencio<br>BRUCE G. FAGEL<br>EDUARDO J. ASCENCIO<br>Attorneys for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

   Dated:   **April 28, 2016**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER TO CONTINUE
DATE FOR FILING DISPOSITIONAL DOCUMENTS                 2