PHILLIP A. TALBERT
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYANA MARIE SEDANO, a minor, by and through her guardian ad litem, MARIA HERNANDEZ; MARIA HERNANDEZ, individually; MIGUEL SEDANO, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>Defendant. | Case No. 1:14-cv-00192-LJO-JLT <br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE DATE FOR FILING DISPOSITIONAL DOCUMENTS** <br><br>**(Doc. 57)** |

Pursuant to Local Rule 160(b), the parties to this action respectfully request that the Court further extend the time for filing dispositional papers from May 31, 2016 (*see* Order, Doc. 54), to June 13, 2016, in order to allow additional time for completion of the parties' settlement of this case. The minor's compromise has been approved by the Court (*see* Memorandum Decision and Order Re Plaintiff's Application for Court Approval of Settlement of Action, Doc. 56), and the parties now await the transfer of settlement funds by the U.S. Department of Health & Human Services.  When the transfer of funds is complete, the parties will promptly file their stipulation for dismissal of this action with prejudice.

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  May 26, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 3 |   |   |
| 4 |   | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney |
| 5 |   | Attorney for Defendant |
| 6 | Dated:  May 26, 2016 | LAW OFFICES OF BRUCE G. FAGEL<br>AND ASSOCIATES |
| 7 |   |   |
| 8 |   | [Authorized May 26, 2016] |
| 9 |   | /s/ Eduardo J. Ascencio<br>BRUCE G. FAGEL<br>EDUARDO J. ASCENCIO |
| 10 |   | Attorneys for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

Dated:   **May 27, 2016**              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE